(January 23, 1980)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS K. TOPPING, Petitioner, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, et al., Respondents.—Application for writ of habeas corpus dated October 25, 1979 denied. Mahoney, P. J., Sweeney, Staley, Jr., Casey and Herlihy, JJ., concur.